# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MYMAIL, LTD., § § § Plaintiff, § § V. § § SAMSUNG ELECTRONICS CO., LTD. and § SAMSUNG ELECTRONICS AMERICA, § INC., § § Defendants. § | Civil Action No. 2:18-cv-00017-JRG-RSP <br><br> **JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff MyMail, Ltd. and defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between plaintiff MyMail, Ltd. and defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled **"SETTLEMENT AND LICENSE AGREEMENT"** dated November 2, 2018.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**So ORDERED and SIGNED this 19th day of November, 2018.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE